101 E MAIN STREET
LOUISVILLE KY 40202

March 1, 2021

**Humana**

Janie K Segars    T91  P1
1839 Ridge Rd
Leesville, SC  29070-9012

*Keep This Important*

RE: 283533

## NOTICE OF PRIVACY INCIDENT

**Equifax Activation Code:** 475953489792

Dear Janie K Segars;

We are writing to notify you, a valued member, of a recent incident involving unauthorized access to some of your personal information. While we do not think your personal information will be used inappropriately because of this incident, we want to share with you the steps we have taken to safeguard your personal information.

### What Happened?

On December 22, 2020, Humana was informed that an employee of a Humana subcontractor, Visionary, inappropriately used their access to your information to disclose information, in the form of medical records, to unauthorized individuals in an effort to provide medical coding training to those individuals for a personal coding business endeavor. The subcontractor discovered the incident on December 16, 2020. The activity occurred October 12, 2020 through December 16, 2020. We deeply apologize for this situation.

Cotiviti is a vendor Humana uses for quality and data reporting to Centers for Medicare and Medicaid Services (CMS). Cotiviti provides systems that allow Humana to contact health care providers and request medical records necessary to verify data reported to CMS. Cotiviti utilizes a subcontractor, Visionary, to review the collected medical records.

In the incident described above, the Visionary employee, who was authorized to access and use the data for Humana purposes, disclosed the information to the unauthorized individuals through a personal Google Drive account.

Humana requires executed Business Associate Agreements with all organizations that perform any services on our behalf involving our members' protected health information. This Business Associate Agreement requires Cotiviti to comply with federal Health Insurance Portability and Accountability Act (HIPAA) privacy regulations and to follow guidelines and policies established by Humana in maintaining the privacy and confidentiality of all protected health information. We also conduct assessments of our business associates to verify that processes are being followed. Similarly, Cotiviti has executed Business Associate Agreements

PRVCY0001r0620v1                                                Humana.com
1840810B0021521010400



with their subcontractors that holds them to these same standards.

**What Information Was Involved?**
The following information may have been included as part of the medical records involved in the incident:
- Full Social Security Number
- Partial Social Security Number
- Name
- Date of Birth
- Address
- City
- State
- Zip Code
- Phone number
- Email address
- Member Identification Number
- Subscriber Identification Number
- Date of Service
- Date of Death
- Provider Name
- Medical Record Number
- Treatment Related Information
- Actual Images (x-ray, photographs, etc.)

**What Are We Doing?**
Humana is committed to safeguarding your personal information. Humana has worked with Cotiviti to ensure it took immediate steps to enhance protections and ensure the safety and security of your information now and into the future. To help prevent something like this from happening again, Humana has taken prompt action to ensure the appropriate physical and technical safeguards are in place at Cotiviti and Visionary.

Upon discovery, Visionary immediately disabled the access of the now former employee for both Visionary and Cotiviti systems. Visionary implemented a broad containment strategy to prevent any information that was subject to unauthorized disclosure, due to this incident, from further unauthorized disclosure. Both Visionary and Cotiviti launched a comprehensive investigation into the incident and hired cybersecurity firms to assist in the efforts.

**We know that you may be worried about what took place.**
To help relieve concerns and restore confidence following this incident, we have partnered with Equifax® to provide its Credit WatchTM Gold with 3-in-1 Monitoring identity theft protection product to you for two years. There is no cost for the service. A description of this product and instructions about how to enroll were included with the letter you received.

We strongly encourage you to enroll in this no cost service to protect yourself from the potential misuse of your information.

**What You Can Do**
We do not think your personal information will be used inappropriately because of the incident that took place. However, we ask you to remain vigilant. There are steps you can take to protect yourself. Review the following for suspicious activity:
- Explanation of Benefit (EOB) letters
- SmartSummary Statements
- Medical Records
- Account Statements and Credit Reports

Watch for services you did not receive or accounts you did not open. If you find unfamiliar activity on the statements you receive from Humana, please notify us immediately. Keep a copy of this notice in case of future problems with your medical records.

If you see suspicious activity on your credit report, call your local police office to file a report for identity theft. Get a copy of the report. Details are enclosed to obtain additional information from the Federal Trade Commission (FTC) and consumer reporting agencies. You can learn to place a fraud alert and/or security freeze on your account.

**For More Information**
Do you have any questions or need help with anything mentioned in this letter? Please contact us at 1-800-457-4708. If you have a speech or hearing impairment and use a TTY, call **1-800-833-3301**.

Again, please accept our sincere apology for this incident. We value your membership and work hard to protect your information.

Sincerely,

Jim Theiss
Chief Privacy Official
Humana, Inc.
Privacy Office

Enclosures



# Identity Theft Guide

**You are advised to report any suspected identity theft to law enforcement. You have the right to obtain any police report filed in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it.**

In addition, the Federal Trade Commission suggests the following:

1. **Fraud Alert.** Contact the toll-free number of any of the three consumer reporting companies below to place a fraud alert on your file. You only need to contact one of the three companies to place an alert. The company you call is required to contact the other two companies. A fraud alert tells creditors to follow certain procedures, including contacting you before they open any new accounts or change your existing accounts. For that reason, placing a fraud alert can protect you but delay you when you seek to obtain credit. Under federal law, you may place a fraud alert on your file free of charge.

| Equifax | Experian | TransUnion |
|---|---|---|
| P.O. Box 740256 | P.O. Box 4500 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 1-800-685-1111 | 1-888-EXPERIAN or | 1-800-916-8800 |
| www.equifax.com | 1-888-397-3742 | www.transunion.com |
|  | www.experian.com |  |

2. **Free Credit Report.** You may obtain a copy of your credit report, free of charge, once every 12 months from each of the three nationwide credit-reporting agencies. To order your annual free credit report please visit www.annualcreditreport.com or call toll free at 1-877-322-8228. Even if you do not find any signs of fraud on your credit reports, experts in identity theft recommend you check your credit reports every three months for the next year.

   You can also order your annual free credit report by mailing a completed Annual Credit Report Request Form (available from the U.S. Federal Trade Commission's ("FTC") website at www.consumer.ftc.gov) to: Annual Credit Report Request Services, P.O. Box 105281, Atlanta, GA 30348-5281.

   **For Colorado, Georgia, Maine, Maryland, Massachusetts, New Jersey, Puerto Rico, and Vermont residents:** You may obtain one or more (depending on the state) additional copies of your credit report, free of charge. You must contact each of the credit reporting agencies directly to obtain such additional report(s).

   **Contact the Federal Trade Commission and your state Attorney General.** If you believe you are the victim of identity theft or your personal information has been misused, you can contact the Attorney General's Office in your home state and/or the Federal Trade Commission at 1-877-ID-THEFT, (1-877-438-4338) or by visiting the Federal Trade Commission website at

www.ftc.gov/idtheft or write Identity Theft Clearinghouse, Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

**For residents of Maryland:** You may also obtain information about identity theft prevention from the:
**Maryland Office of the Attorney General**
Consumer Protection Division
200 St. Paul Place, Baltimore, MD 21202 1-888-743-0023, www.oag.state.md.us

**For residents of North Carolina:** You may also obtain information about identity theft prevention from the:
**North Carolina Attorney General's Office**
Consumer Protection Division 9001 Mail Service Center Raleigh, NC 27699-9001
1-877-5-NO-SCAM, www.ncdoj.gov

**For residents of Rhode Island:** You may also obtain information about identity theft prevention from the:
**Office of the Rhode Island Attorney General**
Consumer Protection Unit 150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400, consumers@riag.ri.gov

**Security Freeze:** You may also place a security freeze on your credit reports, free of charge. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit mortgages, employment, housing or other services. Under federal law, you cannot be charged to place, lift, or remove a security freeze.

You must place your request for a freeze with each of the three major consumer reporting agencies: Equifax (www.equifax.com); Experian (www.experian.com); and TransUnion (www.transunion.com). To place a security freeze on your credit report, you may send a written request by regular, certified or overnight mail to Equifax, Experian and TransUnion at the addresses above. You may also place a security freeze through each of the consumer reporting agencies' websites or over the phone, using the contact information above.

In order to request a security freeze, you will need to provide some or all of the following information to the credit reporting agency, depending on whether you do so online, by phone, or by mail:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security Number;
3. Date of birth;

PRVCY0001r0620v1                                              Humana.com
1840810B0021521030400



4. If you have moved in the past five (5) years, the addresses where you have lived over the prior five years;

5. Proof of current address, such as a current utility bill, telephone bill, rental agreement, or deed;

6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);

7. Social Security Card, pay stub, or W2;

8. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft.

The credit reporting agencies have one (1) to three (3) business days after receiving your request to place a security freeze on your credit report, based upon the method of your request. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password (or both) that can be used by you to authorize the removal or lifting of the security freeze. It is important to maintain this PIN/password in a secure place, as you will need it to lift or remove the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must make a request to each of the credit reporting agencies by mail, through their website, or by phone (using the contact information above). You must provide proper identification (including name, address, and social security number) and the PIN number or password provided to you when you placed the security freeze, as well as the identities of those entities or individuals you would like to receive your credit report. You may also temporarily lift a security freeze for a specified period of time rather than for a specific entity or individual, using