**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **JANIE SEGARS, on behalf of herself and Others similarly situated,** | § § § | |
| **Plaintiff,** | § § § | |
| **vs.** | § § | **CIVIL ACTION NO. 3:21-cv-00342** |
| **HUMANA INC.** | § § § | |
| **and** | § § | |
| **COTIVITI, INC.** | § § § | |
| **Defendants.** | § | |

**PROPOSED ORDER GRANTING DEFENDANTS' JOINT MOTION TO STAY OR, ALTERNATIVELY, TRANSFER PURSUANT TO THE FIRST-TO-FILE RULE**

This matter came before the Court on Defendants' Joint Motion to Stay or, Alternatively, Transfer Pursuant to the First-to-File Rule (the "Joint Motion"). The Court having considered the Joint Motion and good cause having been shown,

IT IS HEREBY ORDERED that Defendants' Joint Motion is granted and the proceedings are hereby stayed pending the resolution of the first-filed action, *Farmer v. Humana Inc., et al.*, No. 8:21-cv-01478, in the United States District Court for the Middle District of Florida.

SIGNED this ___ day of _____, 2021.

_____
United States District Judge