# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| JANIE SEGARS, on behalf of herself and others similarly situated, | CIVIL ACTION NO 3:21-cv-00342 |
| Plaintiff, | |
| v. | |
| HUMANA, INC. | |
| Defendant, | |
| and | |
| COTIVITI, INC. | |
| Defendant. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Janie Segars hereby voluntarily dismisses this action, as to all Defendants, with prejudice.

Dated: July 18, 2022

By: /s/ *Michael J. Boyle, Jr.*
MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro hac vice*)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (admitted *pro hac vice*)
Email: mboyle@meyerwilson.com
305 W. Nationwide Blvd.
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

Penny Unkraut Hendy
HENDY JOHNSON VAUGHN EMERY P.S.C.
Emial: phendy@justicestartshere.com
909 Wright Summit Parkway, Suite 210
Ft.Wright, KY 41011
Telephone: (859) 578-4444
Facsimile: (859) 578-4440

- 2 -

DAVE MAXFIELD, ATTORNEY, LLC
Dave Maxfield (*pro hac vice* to be filed)
P.O. Box 11865
Columbia, SC 29211
Phone: 803-509-6800
Fax: 855-299-1656
Email: dave@consumerlawsc.com

*Attorneys for Plaintiff and the Proposed Class*

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2022, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By:  /s/*Michael J. Boyle, Jr.*
        Michael J. Boyle, Jr.

*Attorney for Plaintiff and the Proposed Class*